# LAW OFFICES OF
# STEVEN I. HILSENRATH

STEVEN I. HILSENRATH**

DYLAN J. FAUGHEY*

RESPOND TO: ■ NEW YORK
☐ NEW JERSEY

**LICENSED IN NEW YORK AND NEW JERSEY
*LICENSED IN NEW YORK

June 28, 2024

*VIA ECF*
The Honorable Robert M. Levy, Magistrate Judge
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Winward Bora LLC v. Osnat Zinnar et al.*
           *Case No.: 19-cv-04533*

Dear Honorable Sir:

    This firm represents Defendant, Osnat Zinnar, who filed a bankruptcy Petition in Aril of 2024, which remains pending (*In Re: Osnat Zinnar; 8-24-71307-las*). Ms. Zinnar's bankruptcy attorney is: Morris Fateha, Esq., 911 Avenue U, Brooklyn, NY 11223.

    According to Mr. Fateha, this matter is still subject to the bankruptcy stay. Under the circumstances, kindly advise if the conference scheduled for July 3, 2024 in this matter will be postponed/cancelled.

    Thank you.

Yours, etc.

Steven I. Hilsenrath, Esq. (SH5604)
*Attorney for Defendant Osnat Zinnar*

cc:    Shauna Deluca, Esq.;
        Morris Fateha, Esq.

New York Address: 20 North Central Avenue, Second Floor, Box D, Valley Stream, NY 11580; 516.341.7232; 212.267.7500
New Jersey Address: 492-C Cedar Lane #396, Teaneck, New Jersey 07666; Tel No: 732.324.0404
E-mail Address: mail@hilsenrathlaw.com (not for service of process)
Facsimile No: 516.226.7096 (not for service of process)